ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B. Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

*See attachment for complete list of counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>Spansion, Inc.; Mouser Electronics, Inc.,<br><br>             Defendants. | Case No. 3:15-cv-00141-H-BGS<br><br>**JOINT MOTION RE: STIPULATED ORDER OF DISMISSAL AS TO ALL CLAIMS AS TO THE ONLY REMAINING DEFENDANT, SPANSION INC.**<br><br>**Assigned to the Honorable Judge Marilyn Huff**<br><br>**Courtroom 15A (15th Floor - Annex)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Plaintiff e.Digital Corporation ("Plaintiff") and Defendant Spansion, Inc. ("Spansion" or "Defendant") hereby present this joint stipulation and notice of dismissal. Plaintiff and Defendant are referred to collectively hereafter as the "Parties."

WHEREAS, Defendant Spansion, Inc. filed an answer (Docket # 17) to the

*JOINT MOTION RE: DISMISSAL*    -1-    Case No. 3:15-CV-00141-H-BGS

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

Complaint (Docket #1) on or about April 2, 2015 but did not assert any counterclaims. Spansion is the only remaining defendant in this action.

The Parties hereby stipulate and agree as follows:

1) e.Digital Corporation hereby voluntarily dismisses all claims brought in this matter against Defendant Spansion, Inc. WITHOUT PREJUDICE; and,

2) e.Digital Corporation and Spansion, Inc. shall each bear their own costs and attorneys' fees with respect to one another in this matter.

Thus, it is thereby respectfully requested, in accordance with Federal Rules of Civil procedure 41(a)(1)-(2), that the Court enter an order as follows:

1) e.Digital Corporation's claims brought in this matter against Defendant Spansion, Inc. are dismissed WITHOUT PREJUDICE; and,

2) e.Digital Corporation and Spansion, Inc. shall each bear their own costs and attorneys' fees with respect to one another in this matter.

Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a Proposed Order granting the relief requested.

Dated: July 1, 2015    **HANDAL & ASSOCIATES**

By: /s/Pamela C. Chalk
    Pamela C. Chalk
    Attorneys for Plaintiff
    e.Digital Corporation

Dated: July 1, 2015    **FISH & RICHARDSON P.C.**

By: /s/ David M. Hoffman
    David M. Hoffman
    Attorneys for Defendant
    Spansion, Inc.

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*    -2-    Case No. 3:15-CV-00141-H-BGS

## ATTESTATION OF E-FILED SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Pamela C. Chalk, attest that David M. Hoffman, signatory, has read and approved the foregoing and consents to its filing in this action.

By  /s/Pamela C. Chalk
Pamela C. Chalk

*HANDAL & ASSOCIATES*
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*    -3-    Case No. 3:15-CV-00141-H-BGS

# ATTACHMENT

**Counsel for Spansion Inc.**

Michael M. Rosen (SBN 230964),
 rosen@fr.com
Kevin Kantharia (SBN 292540),
kantharia@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David M. Hoffman (Pro Hac Vice),
hoffman@fr.com
Fish & Richardson P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Emily Petersen Garff (SBN 302038),
petersengarff@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Frank E. Scherkenbach (SBN 142549),
scherkenbach@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant
SPANSION, INC.

*HANDAL & ASSOCIATES*
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*   -4-   Case No. 3:15-CV-00141-H-BGS

-5-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 1st day of July, 2015 at San Diego, California.

Dated: July 1, 2015

**HANDAL & ASSOCIATES**

By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*    Case No. 3:15-CV-00141-H-BGS